# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GUSTAVE J. LABARRE, JR., ET AL

VERSUS

OCCIDENTAL CHEMICAL COMPANY, ET AL

NO.  2022 CW 1279

**FEBRUARY 1, 2023**

---

In Re:  Texas Brine Company, LLC, applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 33796.

---

**BEFORE:  GUIDRY, C.J., WOLFE AND MILLER, JJ.**

   **WRIT DENIED.** The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (*per curiam*) are not met.

                    **JMG**
                    **EW**
                    **SMM**

COURT OF APPEAL, FIRST CIRCUIT

<u>  α.SₙΘ  </u>
   DEPUTY CLERK OF COURT
      FOR THE COURT